# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**R.N. Jane Doe**

    Plaintiff

V.

CIVIL ACTION

NO. 1:23-10923-FDS

**Atrius Health, Inc.**

    Defendant

## ORDER OF REMAND

Saylor, C. J.

In accordance with the Court's Memorandum and Order dated October 25, 2023 (Dkt. No. 27), the above-entitled action is hereby REMANDED to Suffolk County Superior Court.

10/25/2023  
Date

/s/ Flaviana de Oliveira  
Deputy Clerk